Louise M. Cordes, Respondent, v. Luke U. Milward, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs.   All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Helen A. Whittington, Plaintiff, v. Laura F. Chancey, Defendant.— Judgment directed for plaintiff upon the submission, directing the defendant to specifically perform the contract for the purchase of the real property described in the submission, without costs to either party.   Held, that the title to the real property described in the submission is a marketable one; that the proceeding committing Elizabeth A. Whittington to the State hospital as an insane person, and subsequent proceedings appointing Henry E. Alexander as committee of her person and property were in all respects regular and valid; that the failure to demand a trial by jury of the question of her competency constituted a waiver of such right, and the defendant cannot here raise collaterally the validity of the determination of the incompetency of said Elizabeth A. Whittington or impeach the right of the committee to administer her property.   (*Sporza* v. *German Savings Bank,* 192 N. Y. 8.)   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Marie Salad, Respondent, v. Catherine Beer, Appellant.— Motion to amend decision denied.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Probate of the Last Will and Testament of Volney Monahan, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

Sophia Yager and Another, Appellants, v. John H. Yager, Respondent:— Motion for reargument denied, without costs.   Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Amielia Rarogiewicz, Respondent, v. Brotherhood of American Yeomen, Appellant.— Motion for leave to appeal to Court of Appeals granted.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Joseph H. Berdel and Another, Appellants, v. William J. Berdel, Individually and as Executor, etc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.